UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>QURAN R. WATERFORD, *also known as* QURAN WATERFORD<br><br>Defendant. | CAUSE NO. 1:19-CR-21 DRL-SLC |

ORDER

The court has reviewed the findings and recommendation of Magistrate Judge Susan Collins filed March 3, 2021 (ECF 133). On March 3, 2021, Quran Waterford pleaded guilty to counts one, three, and seven of the seven-count superseding indictment—charging him with conspiracy to commit interference with commerce by robbery in violation of 18 U.S.C. § 1951(a); and two counts of aiding and abetting the knowing use of a firearm in relation to robbery, a crime of violence, in violation of 18 U.S.C. §§ 924(c) & 2. No party objected, and the time to object has passed. The court now adopts the findings and recommendation in their entirety, including the Magistrate Judge's finding under the CARES Act. Subject to this court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(c), the plea of guilty to these offenses as charged in the superseding indictment is hereby accepted, and the defendant is adjudged guilty of these offenses.

SO ORDERED.

March 18, 2021      *s/ Damon R. Leichty*
                    Judge, United States District Court